IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | CR. NO. 2:09cr090-WHA |
| ) | |
| KRISTI ROSHUN MCKEITHEN, ) | |
| BETTY ANN LEWIS SMOKE, and ) | |
| LEE EARNEST BENSON ) | |

### **ORDER**

This case is before the court on the Joint Motion to Continue Trial (Doc. #255), filed on March 11, 2010.

For the reasons that additional time is needed for plea discussions, for the arrest of a new defendant, for the possibility of a second superseding indictment, and to adequately investigate new allegations and prepare for trial, the court finds that the ends of justice to be served by granting a continuance outweigh the rights of the Defendants and the public to a speedy trial. Therefore, the motion is GRANTED, and it is hereby

ORDERED that trial of this case is CONTINUED from the term of court commencing March 22, 2010, and RESET for the term of court commencing June 7, 2010.

DONE this 15th day March, 2010.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE